William DEITCH et al. v. PARAMOUNT FILM DISTRIBUTING CORPORATION et al.

No. 4422.

United States Court of Appeals First Circuit.

Oct. 19, 1949.

Samuel Markell, Boston, Mass. (Goulston & Storrs, Boston, Mass., with him on brief), for appellants.

Arthur E. Whittemore, Boston, Mass. (Joseph J. Geehern and Nutter, McClennen & Fish, Boston, Mass., with him on brief), for appellees.

Before MAGRUGER, Chief Judge, WOODBURY, Circuit Judge, and CLIFFORD, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed upon the opinion of Judge Sweeney reported in 82 F.Supp. 484.

Theodore A. BALDWIN, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.

No. 12761.

United States Court of Appeals Fifth Circuit.

Oct. 25, 1949.

Theodore A. Baldwin, in pro per.

J. Ellis Mundy, U. S., Atty., Atlanta Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES, and SIBLEY, Circuit Judges.

PER CURIAM.

A careful consideration of the judgment in this case in the light of the record, leaves us in no doubt that the appeal is without merit. The judgment is affirmed.

Dorothy L. LASSER, as Administratrix of the Estate of J. A. Lasser, deceased, and B. A. Winkel, Appellants, v. Lucy ERISTAVI-TCHITCHERINE, William M. F. Magraw, Ivy T. Blount, as Trustee, John M. Murrell and D. H. Redfearn, as Receivers of the Deauville Corporation, et al., Appellees.

No. 12746.

United States Court of Appeals Fifth Circuit.

Oct. 5, 1949.

Before HUTCHESON, McCORD and SIBLEY, Circuit Judges.

Roger Edward Davis, Miami, Florida, for appellants.

Charles Danton, Miami Beach, Fla., R. H. Ferrell and J. M. Flowers, Miami, Florida, for appellees.

PER CURIAM.

On consideration of the motion filed by appellees, to dismiss the appeal in the above entitled and numbered cause for want of prosecution, counsel for appellants not objecting thereto,

It is ordered by the Court that the appeal in the above entitled and numbered cause be, and the same is hereby dismissed at the cost of appellants.